Robert T. Haslam (State Bar No. 71134)
Michael M. Markman (State Bar No. 191388)
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
**Attorneys for Plaintiffs**
**Snaptrack, Inc. and Qualcomm Incorporated**

Howard B. Miller (State Bar No. 31392)
Thomas V. Girardi (State Bar No. 36603)
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Danny Williams (TX Bar No. 21518050)
Williams, Morgan & Amerson, P.C.
10333 Richmond, STE. 1100
Houston, TX 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

Ron Schlager (State Bar No. 128060)
The Law Offices of Ron Schlager
15030 Ventura Blvd., Suite 337
Sherman Oaks, CA 91403
Telephone: (818) 988-2462
Facsimile: (818) 988-2101
**Attorneys for Defendant, Zoltar Satellite Alarm Systems, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SNAPTRACK, INC., a California corporation, and QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | No. C-01-20291 JW<br><br>STIPULATION AND PROPOSED ORDER RE INVALIDITY BRIEFING<br><br>Honorable James Ware<br>Further Status Conference:<br>February 27, 2006, 10:00 a.m. |

|     |     |
| --- | --- |
| 1   | Lead trial counsel for Plaintiffs SnapTrack, Inc. and QUALCOMM INCORPORATED is |
| 2   | presently in trial in the District of New Jersey in an unrelated matter through and including February |
| 3   | 3, 2006, which was the date previously set for the exchange of Plaintiffs' further Motion for |
| 4   | Summary Judgment of Invalidity. Counsel for Plaintiffs and for Defendant Zoltar Satellite Alarm |
| 5   | Systems, Inc. have met and conferred and hereby stipulate the request that Qualcomm and SnapTrack |
| 6   | be permitted to file and serve their further Motion for Summary Judgment of Invalidity on or before |
| 7   | February 13, 2006. All other dates would remain unchanged. |

IT IS SO STIPULATED:

DATED: January 30, 2006

HELLER EHRMAN LLP

By: _____
Michael M. Markman

**Attorneys for Plaintiff,
Snaptrack, Inc. and Qualcomm Incorporated**

DATED: January 30, 2006

GIRARDI & KEESE

_____
Howard B. Miller

**Attorneys for Defendant,
Zoltar Satellite Alarm Systems, Inc.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Feb. 1, 2006

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE BY E-MAIL AND U.S. MAIL
## Case No.: 01-CV-20291 (JW), N.D. Cal., SJ Division

I, Mark C. Williams, declare as follows:

I am employed with the law firm of Heller Ehrman White & McAuliffe LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and proc essing of correspondence for mailing with the U.S. Post Office.

On January 30, 2006, I served the following:

**STIPULATION AND [PROPOSED] ORDER RE INVALDITY BRIEFING**

on the below parties in this action by sending an electronic image via e-mail and placing true copies thereof in sealed envelopes, addressed as shown, and personally mailing these envelopes with the U.S. Post Office:

| | |
|---|---|
| Thomas V. Girardi, Esq.<br>Howard B. Miller, Esq.<br>GIRARDI & KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017-1904<br>Tel.: (213) 977-0211<br>Fax: (213) 481-1554<br>hmiller@girardikeese.com | Ron Schlager, Esq.<br>LAW OFFICES OF RON SCHLAGER<br>15030 Ventura Blvd., Ste. 337<br>Sherman Oaks, CA 91403<br>Tel.: (818) 988-2462<br>Fax: (818) 988-2101<br>leglbeagl1@aol.com |

Danny Williams, Esq.
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Ste. 1100
Houston, TX 77042
Tel.: (713) 934-7000
Fax: (713) 934-7011
DWilliams@wmalaw.com

Heller Ehrman LLP

1

Proof of Service:
01-CV-20291 (JW)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on January 30, 2006 at San Francisco, California.

_____
Mark C. Williams