IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Snaptrack, Inc. a California corporation; and Qualcomm Inc., a Delaware corporation,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>Zoltar Satellite Alarm Systems, Inc., a Delaware corporation,<br><br>　　　　　Defendant(s).<br>　　　　　　　　　　　　　　　　　　／ | NO. C 01-20291 JW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS FOR SUMMARY JUDGMENT** |

The Court conducted a case management conference on February 27, 2006. Based upon the conference, the Court orders as follows:

1. Snaptrack, Inc. ("Snaptrack") and Qualcomm, Inc.'s ("Qualcomm") motion for summary judgment will be heard on May 18, 2006, 9:00 a.m. - 12:00 p.m.

2. Zoltar Satellite Alarm Systems, Inc. ("Zoltar") shall file and serve an opposition to the motion for summary judgment, and its cross-motion for summary judgment, no later than March 15, 2006.

3. Snaptrack and Qualcomm shall file and serve a reply brief and opposition to Zoltar's motion no later than April 5, 2006.

4. Zoltar's reply brief must be filed and served no later than April 12, 2006.

Dated: February 27, 2006　　　　　　　　　　　/s/James Ware　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Amy K. Van Zant avanzant@hewm.com
Michael M. Markman mmarkman@hewm.com
3  Robert T. Haslam Robert.Haslam@hellerehrman.com

Ron Schlager
Ron Schlager, Law Offices of
15030 Ventura Blvd.  Suite 337
Sherman Oaks, Ca 91403

Danny Williams
Chris Cravey
Williams, Morgan & Amerson
10333 Richmond, Suite 1100
Houston, Texas 77042

Thomas V. Girardi
Howard B. Miller
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904

**Dated: February 27, 2006**                                    **Richard W. Wieking, Clerk**


**By:   /s/JW Chambers
         Melissa Peralta
         Courtroom Deputy**