Robert T. Haslam (State Bar No. 71134)
Michael M. Markman (State Bar No. 191388)
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
**Attorneys for Plaintiffs**
**Snaptrack, Inc. and Qualcomm**
**Incorporated**

Howard B. Miller (State Bar No. 31392)
Thomas V. Girardi (State Bar No. 36603)
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Danny Williams (TX Bar No. 21518050)
Williams, Morgan & Amerson, P.C.
10333 Richmond, STE. 1100
Houston, TX 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

Ron Schlager (State Bar No. 128060)
The Law Offices of Ron Schlager
15030 Ventura Blvd., Suite 337
Sherman Oaks, CA 91403
Telephone: (818) 988-2462
Facsimile: (818) 988-2101
**Attorneys for Defendant, Zoltar Satellite**
**Alarm Systems, Inc.**

*[Court seal with stamp: "IT IS SO ORDERED" signed Judge James Ware, United States District Court Northern District of California]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SNAPTRACK, INC., a California corporation, and QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | No. C-01-20291 JW<br><br>FURTHER STIPULATION AND PROPOSED ORDER RE INEQUITABLE CONDUCT BRIEFING SCHEDULE<br><br>Honorable James Ware<br>Hearing Date: May 18, 2006<br>Time: 10:00 a.m.<br>Courtroom: 8 |

Counsel for Plaintiffs SnapTrack, Inc. and QUALCOMM INCORPORATED and Defendant Zoltar have met and conferred and hereby stipulate to a further amended briefing schedule. Under the stipulation, the validity briefing schedule would remain unchanged while the opposition and reply dates for the inequitable conduct briefing would each be pushed back by five days. The May 18, 2006 hearing date and 10:00 a.m. time remains unchanged. The amended briefing schedule follows:

### Inequitable Conduct Briefing Schedule

| | |
|---|---|
| Opening Brief (Zoltar) | 3/22/06 |
| Opposition and Cross Motion (Qualcomm) | 4/19/06 |
| Reply Brief (Zoltar) | 4/26/06 |

IT IS SO STIPULATED:

DATED: April 12, 2006

HELLER EHRMAN LLP

By: _____
Amy K. Van Zant

**Attorneys for Plaintiff,
Snaptrack, Inc. and Qualcomm Incorporated**

DATED: April 12, 2006

Williams, Morgan & Amerson

_____, with permission CNC
~~Chris Creavy~~ Danny Williams

**Attorneys for Defendant,
Zoltar Satellite Alarm Systems, Inc.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 18, 2006

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Danielle Delorio, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 275 Middlefield Road, Menlo Park, California 94025.

On, April 13, 2006, I served the document(s) listed below on the interested parties in this action by placing true and correct copy thereof, enclosed in a sealed envelope addressed as indicated below:

| | |
|---|---|
| Thomas V. Girardi | Danny Williams |
| Howard B. Miller | Chris Cravey |
| Girardi & Keese | Williams, Morgan & Amerson, P.C. |
| 1126 Wilshire Boulevard | 10333 Richmond, STE. 1100 |
| Los Angeles, CA 90017-1904 | Houston, TX 77042 |
| 213.977.0211 | 713.934.7000 |
| 213.481.1554 (fax) | 713.934.7011 (fax) |
| tgirardi@girardikeese.com | danny@wmalaw.com |
| hmiller@girardikeese.com | ccravey@wmalaw.com |

Ron Schlager
Law Offices of Ron Schlager
15030 Ventura Blvd., Suite 337
Sherman Oaks, CA 91403
818.988.2462
818.988.2101 (fax)
LeglBeagl1@aol.com

**DOCUMENT(S) SERVED:**

1. **FURTHER STIPULATION AND POPOSED ORDER RE INEQUITABLE CONDUCT BRIEFING SCHEDULE**

☒ BY MAIL: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Menlo Park, California.

☒ BY ELECTRONIC MAIL: I served a copy of the above mentioned documents on the above listed parties in the within action by transmitting by electronic mail.

☐ BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered to the above listed parties on the next business day by **FEDERAL EXPRESS** overnight delivery service.

PROOF OF SERVICE: C-01-20291 JW

| | |
|---|---|
| 1 | ☐   <u>BY PERSONAL SERVICE</u>: I served the above-mentioned documents by consigning it for hand delivery by messenger. |
| 2 | |
| 3 | ☐   <u>FACSIMILE TRANSMISSION</u>: I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action. By use of facsimile machine, I served a copy of the above-listed document(s) on the above-listed interested parties in the within action by transmitting by facsimile machine. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that this declaration is executed on **April 13, 2006**, at Menlo Park, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
DANIELLE DELORIO

PROOF OF SERVICE: C-01-20291 JW