IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite, | NO. C 01-20291 JW |
| Plaintiff(s), | **ORDER** |
| v. | |
| Snaptrack Inc., et al et al, | |
| Defendant(s). | |

The hearing on Cross Motions for Summary Judgment currently scheduled for May 18, 2006, is continued to **June 20, 2006 at 9:00am**.

Dated: May 3, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy K. Van Zant avanzant@hewm.com
Amy Kathleen Van Zant avanzant@hewm.com
Chris N. Cravey ccravey@wmalaw.com
Danny L. Williams danny@wmalaw.com
Michael M. Markman mmarkman@hewm.com
Michael M. Markman mmarkman@hewm.com
Robert T. Haslam Robert.Haslam@hellerehrman.com
Robert T. Haslam Robert.Haslam@hellerehrman.com

**Dated: May 3, 2006**                              **Richard W. Wieking, Clerk**

                                                                      /s/
**By:** _____
       **Melissa Peralta**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California