**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite, | NO. C 01-20291 JW |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING TRIAL** |
| Snaptrack Inc., et al., | |
| Defendants. | |

Based on the Court's unavailability, trial dates in this case currently set for August 8-18, 2006 are vacated. The trial is rescheduled for October 10-20, 2006.

Dated: June 26, 2006

01eciv20291reschedtrial

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy K. Van Zant avanzant@hewm.com
Chris N. Cravey ccravey@wmalaw.com
Danny L. Williams danny@wmalaw.com
Michael M. Markman mmarkman@hewm.com
Robert T. Haslam Robert.Haslam@hellerehrman.com
Ron Schlager LeglBeagl1@AOL.com

Beverly Tucker
California Teachers Association
P.O. Box 921
Burlingame, CA 94011-0921

**Dated: June 26, 2006**                                    **Richard W. Wieking, Clerk**

                                                            **By:__/s/ JW Chambers_____**
                                                               **Melissa Peralta**
                                                               **Courtroom Deputy**

*United States District Court*
*For the Northern District of California*