COUNSEL LISTED ON LAST PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SNAPTRACK, INC., a California corporation; and QUALCOMM INCORPORATED, a Delaware corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br><br>                                    Defendants. | Case No.: C 01-20291 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE PRETRIAL CONFERENCE<br><br>Honorable James Ware |

Pursuant to Civil Local Rule 7-11, counsel for Plaintiff SnapTrack, Inc. and Qualcomm Incorporated ("QUALCOMM") and for Defendant Zoltar Satellite Alarm Systems, Inc. ("Zoltar") have met and conferred regarding a scheduling conflict with the pretrial conference. This case is set for trial on October 10, 2006. Based on the Court's standing order, the pretrial conference would be held on the Monday two weeks prior to the trial, September 25, 2006. The Court is not available on that date.

Lead trial counsel for QUALCOMM is required to argue on QUALCOMM's behalf a motion for preliminary injunction before the U.S. District Court for the Southern District of California on September 18, 2006. This date was set by the Southern District of California before the Court set the pretrial conference in this action. October 2, 2006 is the religious holiday of Yom Kippur, and one counsel for each side will not be available on that date.

The parties therefore jointly stipulate and agree, and hereby request, that the pretrial conference in this action be rescheduled from September 18, 2006 to a later date during the same week, including September 21 or 22, 2006, at the convenience of the Court. Pursuant to this stipulation, the parties will file the joint pretrial conference statement on September 11, 2006, along with opening briefs in support of motions in limine. Opposition briefs to motions in limine shall be filed by September 18, 2006.

IT IS SO STIPULATED:

DATED: August 30, 2006

HELLER EHRMAN LLP

By: _____
Robert T. Haslam
Michael M. Markman
Amy K. Van Zant
David E. Kleinfeld
Attorneys for Plaintiffs
SNAPTRACK, INC. and QUALCOMM INCORPORATED

DATED: August 30, 2006

WILLIAMS, MORGAN & AMERSON, P.C
Danny Williams
Chris Cravey
GIRARDI & KEESE
Thomas V. Girardi
Howard B. Miller

By: _____
Howard B. Miller

Attorneys for Defendant
ZOLTAR SATELLITE ALARM SYSTEMS, INC.

Heller Ehrman White & McAuliffe LLP

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING PRETRIAL CONFERENCE
C-01-20291 JW

1

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefore, it is HEREBY ORDERED that:

The Pretrial Conference originally scheduled for September 18th, 2006 will be continued to September 21, 2006 at ~~3:00p.m.~~ 11:00 a.m. The pretrial conference statement and opening briefs in support of motions in limine shall be filed on or before September 11th, 2006.

Opposition briefs to motions in limine shall be filed on or before September 18th, 2006.

DATED: __8/31/06__

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

Robert T. Haslam (No. 71134)
Michael M. Markman (No. 191388)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park. CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
michael.markman@hellerehrman.com

Attorneys for Plaintiff
SNAPTRACK, Inc. and QUALCOMM INCORPORATED


Thomas V. Girardi
Howard B. Miller
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
213.977.0211
213.481.1554 (fax)
tgirardi@girardikeese.com
hmiller@girardikeese.com

Danny Williams
Chris Cravey
Williams, Morgan & Amerson, P.C.
10333 Richmond, STE. 1100
Houston, TX 77042
713.934.7000
713.934.7011 (fax)
danny@wmalaw.com
ccravey@wmalaw.com

Ron Schlager
Law Offices of Ron Schlager
15030 Ventura Blvd., Suite 337
Sherman Oaks, CA 91403
818.988.2462
818.988.2101 (fax)

Attorneys for Defendant
ZOLTAR SATELLITE ALARM SYSTEMS. Inc.