IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite, | NO. C 01-20291 JW |
| Plaintiffs, | **ORDER REGARDING CHAMBERS' COPIES OF BRIEFS FOR MOTIONS SET FOR HEARING ON DECEMBER 4, 2006** |
| v. | |
| Snaptrack Inc., et al., | |
| Defendants. | |

Presently before the Court are five motions set for hearing on **December 4, 2006 at 9 AM**:

1. Defendant's Zoltar Motion to Dismiss Counterclaims
2. Plaintiffs' Motion for Taxation of Costs and Motion for Relief from Stay of Order Taxing Costs
3. Plaintiffs' Motion to Find Case Exceptional Pursuant to 35 U.S.C. Section 285 and for an Award of Reasonable Attorneys Fees and Costs
4. Plaintiffs' Motion for Final Judgment
5. Plaintiff's Motion to Lift Stay on Costs

To date, the Court has not received any Chambers' copies of the briefing papers and attached exhibits. Pursuant to General Order 45, the parties shall send (overnight) Chambers' copies of all relevant papers with respect to the above motions. The papers shall arrived in Chambers no later than November 28, 2006.

Dated: November 27, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy K. Van Zant avanzant@hewm.com
Amy Kathleen Van Zant avanzant@hewm.com
Chris N. Cravey ccravey@wmalaw.com
Danny L. Williams danny@wmalaw.com
Michael M. Markman mmarkman@hewm.com
Michael M. Markman mmarkman@hewm.com
Robert T. Haslam Robert.Haslam@hellerehrman.com
Ron Schlager LeglBeagl1@AOL.com

**Dated: November 27, 2006**                               Richard W. Wieking, Clerk

By:  /s/ JW Chambers
     **Elizabeth Garcia**
     **Courtroom Deputy**