**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zoltar Satellite, | NO. C 01-20291 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON MOTIONS** |
| v. | |
| Snaptrack Inc., et al., | |
| Defendants. | |

On the Court's own motion, the hearing motions noticed for December 4, 2006 is continued to **December 5, 2006 at 9 a.m.** The motions are:

1. Defendant's Zoltar Motion to Dismiss Counterclaims
2. Plaintiffs' Motion for Taxation of Costs and Motion for Relief from Stay of Order Taxing Costs
3. Plaintiffs' Motion to Find Case Exceptional Pursuant to 35 U.S.C. Section 285 and for an Award of Reasonable Attorneys Fees and Costs
4. Plaintiffs' Motion for Final Judgment
5. Plaintiff's Motion to Lift Stay on Costs

Dated: November 29, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy K. Van Zant avanzant@hewm.com
Amy Kathleen Van Zant avanzant@hewm.com
Chris N. Cravey ccravey@wmalaw.com
Danny L. Williams danny@wmalaw.com
Michael M. Markman mmarkman@hewm.com
Michael M. Markman mmarkman@hewm.com
Robert T. Haslam Robert.Haslam@hellerehrman.com
Ron Schlager LeglBeagl1@AOL.com

**Dated: November 29, 2006**          **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California