COUNSEL LISTED ON LAST PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>v.<br><br>SNAPTRACK, INC., a California corporation; and QUALCOMM INCORPORATED, a Delaware corporation,<br><br>              Defendants. | Case No.:  C 01-20291 JW<br><br>**STIPULATION AND [PROPOSED] FINAL JUDGMENT**<br><br>Honorable James Ware |

The parties jointly stipulate and agree, and hereby request, that the attached proposed final judgment, as a matter of form, be entered in the above captioned case. The parties reserve their respective rights regarding all post-judgment remedies, including, but not limited to, the legal effect of the proposed final judgment in future litigation and the amount of costs awarded.

IT IS SO STIPULATED:

DATED: 12/5/2006

HELLER EHRMAN LLP

By: _____
Michael M. Markman
Attorneys for Defendants
SNAPTRACK, INC. and QUALCOMM INCORPORATED

DATED: 12/5/06

WILLIAMS, MORGAN & AMERSON, PC

By: _____
Danny Williams
Attorneys for Plaintiff
ZOLTAR SATELLITE ALARM SYSTEMS, INC.

Heller Ehrman White & McAuliffe LLP

STIPULATION AND [PROPOSED] FINAL JUDGMENT
C-01-20291 JW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ZOLTAR SATELLITE ALARM SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SNAPTRACK, INC., a California corporation; and QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendants. | Case No.:   C-01-20291 JW<br><br>[PROPOSED] FINAL JUDGMENT |

Pursuant to the Court's Summary Judgment of February 10, 2004 and to the jury verdict, with respect to the complaint by Plaintiff Zoltar Satellite Alarm Systems against Defendants SnapTrack, Inc. and QUALCOMM INCORPORATED for infringement of U.S. Patent No. 5,650,770 and U.S. Patent No. 5,964,130, and as set forth in the Court's judgment dated July 26, 2004, final judgment is entered in favor of Defendants SnapTrack, Inc. and QUALCOMM INCORPORATED and against Plaintiff Zoltar Satellite Alarm Systems.

Pursuant to the Court's Summary Judgment of July 11, 2006 and to the jury verdict, with respect to the counterclaims filed by Defendants SnapTrack, Inc. and QUALCOMM INCORPORATED for invalidity and unenforceability of U.S. Patent No. 5,650,770, U.S. Patent No. 5,963,130 and U.S. Patent No. 6,198,390, final judgment is entered in favor of Plaintiff Zoltar Satellite Alarm Systems, Inc. and against Defendants SnapTrack, Inc. and QUALCOMM INCORPORATED.

Pursuant to Federal Rule of Civil Procedure 50(b), with respect to the complaint by Plaintiff Zoltar Satellite Alarm Systems against Defendants SnapTrack, Inc. and QUALCOMM INCORPORATED for infringement of U.S. Patent No. 6,198,390, and as set

forth in the Court's judgment as a matter of law dated July 26, 2004, final judgment is entered in favor of Defendants SnapTrack, Inc. and QUALCOMM INCORPORATED and against Plaintiff Zoltar Satellite Alarm Systems.

Pursuant to Zoltar Satellite Alarm Systems' September 18, 2006 covenant not to sue Defendants SnapTrack, Inc. and QUALCOMM INCORPORATED for any past, present, or future infringement of any claim of the 5,650,770, 5,964,130, or 6,198,390 patents, the Court dismisses the counterclaim by Defendants SnapTrack, Inc. and QUALCOMM INCORPORATED for declaratory judgment of invalidity and unenforceability of U.S. Patent No. 5,650,770, U.S. Patent No. 5,964,130, and U.S. Patent No. 6,198,390, without prejudice for lack of subject matter jurisdiction.

Defendants are awarded their costs of suit.

Dated: December 5th, 2006

_____
Honorable James Ware
United States District Court Judge

Robert T. Haslam (No. 71134)
Michael M. Markman (No. 191388)
Amy K. Van Zant (No. 197426)
Aaron B. Thacker (No. 239946)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
michael.markman@hellerehrman.com

Attorneys for Defendants
SNAPTRACK, Inc. and QUALCOMM INCORPORATED


Thomas V. Girardi
Howard B. Miller
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
213.977.0211
213.481.1554 (fax)
tgirardi@girardikeese.com
hmiller@girardikeese.com

Danny Williams
Chris Cravey
Williams, Morgan & Amerson, P.C.
10333 Richmond, STE. 1100
Houston, TX 77042
713.934.7000
713.934.7011 (fax)
danny@wmalaw.com
ccravey@wmalaw.com

Ron Schlager
Law Offices of Ron Schlager
15030 Ventura Blvd., Suite 337
Sherman Oaks, CA 91403
818.988.2462
818.988.2101 (fax)

Attorneys for Plaintiff
ZOLTAR SATELLITE ALARM SYSTEMS, Inc.

Heller Ehrman White & McAuliffe LLP

STIPULATION AND [PROPOSED] FINAL JUDGMENT
C-01-20291 JW